IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

WILLIAM BERNARD VORE,

        Petitioner,  :  Case No. 1:13-cv-800

- vs -  District Judge Susan J. Dlott
  Magistrate Judge Michael R. Merz

WARDEN, Richland Correctional Institution,

        :

        Respondent.

## DECISION AND ORDER

      This habeas corpus case is before the Court on the Report and Recommendations Doc. No. 19) and Supplemental Report and Recommendations (Doc. No. 23) of United States Magistrate Judge Michael R. Merz to whom this case was referred pursuant to the General Order of Reference for this District.  Petitioner has objected to both Reports and Recommendations (Doc. Nos. 21 and 24).

      The Court has reviewed the findings and conclusions of the Magistrate Judge and has considered de novo all of the filings in this case with particular attention to the issues as to which Petitioner has lodged objections.  Having done so, the Court determines that the Magistrate Judge's recommendations should be adopted.

      Accordingly, it is hereby ORDERED that the Petition herein be dismissed with prejudice and that Petitioner be denied a certificate of appealability.  The Court hereby certifies to the

Sixth Circuit Court of Appeals that any appeal from this Order would be objectively frivolous.

IT IS SO ORDERED.

```
                              ___s/Susan J. Dlott_____
                              Susan J. Dlott, Judge
                              United States District Court
```