IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

WILLIAM BERNARD VORE,

        Petitioner,    :    Case No. 1:13-cv-800

-vs-

WARDEN, RICHLAND CORRECTIONAL
INSTITUTION,

        District Judge Susan J. Dlott
        Magistrate Judge Michael R. Merz

        Respondent.    :

---

**ORDER ADOPTING SUPPLEMENT TO REPORTS AND RECOMMENDATIONS ON MOTION FOR RELIEF FROM JUDGMENT**

---

The Court has reviewed the Supplement to Reports and Recommendations on Motion for Relief from Judgment of United States Magistrate Judge Michael R. Merz (ECF No. 47), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, Petitioner's Motion to Vacate Judgment under Fed. R. Civ. P. 60(b)(6) (ECF No. 41) is DENIED.

September 28, 2015.

                                                                       *Susan J. Dlott*
                                                                       Susan J. Dlott
                                                                       United States District Judge